UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANPREET THIND, et al, <br><br>            Plaintiffs, <br><br>       v. <br><br> SHRAM LOGISTICS SOLUTIONS, INC., et al., <br><br>            Defendants. | Case No. 1:20-cv-01819-AWI-EPG <br><br> ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE <br><br> (ECF No. 18) |

On February 4, 2022, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 18). The parties state that while they have negotiated a settlement, they have not yet executed the agreement. They ask that, should a settlement not be reached, they be permitted to move to reopen the case within thirty days.

Given that the parties have not executed the settlement agreement, the Court concludes it is inappropriate to close the case at this time. However, the Court will vacate all pending deadlines and dates and *sua sponte* grant an extension for the parties to file the appropriate dispositional documents.

Accordingly, IT IS ORDERED as follows.

1. All pending dates and deadlines are vacated (ECF No. 11);
2. No later than April 8, 2022, the parties shall file the appropriate dispositional

1

documents;

3. If by April 8, 2022, the parties are unable to execute a settlement agreement, they shall file a proposed case schedule by this date proposing deadlines for continuing with this case. The parties shall email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: **February 7, 2022**          /s/ *Erica P. Grosjean*
                                          UNITED STATES MAGISTRATE JUDGE

2