# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANPREET THIND, et al, <br><br> Plaintiffs, <br><br> v. <br><br> SHRAM LOGISTICS SOLUTIONS, INC., et al., <br><br> Defendants. | Case No. 1:20-cv-01819-AWI-EPG <br><br> ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE <br><br> (ECF No. 20) |

On February 10, 2022, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees, with the parties noting that they have executed a settlement agreement. (ECF No. 20). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __February 11, 2022__        /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

1